Decided September 12, 2005

## THOMAS O'CONNOR *v.* BOARD OF EDUCATION OF THE TOWN OF WETHERSFIELD

The plaintiff's petition for certification for appeal from the Appellate Court, 90 Conn. App. 59 (AC 24846), is denied.

*Leon M. Rosenblatt,* in support of the petition.

*Alexandria L. Voccio,* in opposition.

Decided September 12, 2005